UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTHE CAROLINA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, )<br>    Plaintiff, )<br>vs. )<br> )<br>ORION OF NEVADA, INC; JONATHAN )<br>WINSTON and ACSTAR INSURANCE )<br>COMPANY, )<br>    Defendants, ) | Civil Action No.: 7:10-CV-81-FL<br><br>DECLARATION OF SERVICE |

I, Michael Frank, state that I am over 18 years of age, a resident of the State of Washington, and not an interested party in the above-entitled action. I am competent to be a witness in the action.

I declare under penalty of perjury under the laws of the State of Washington that the following is true and correct. I served the following documents in Clark County, State of Washington as follows:

SERVICE ON          : Jonathan Winston, individually, by personal service
DATE & TIME         : Tuesday, May 11, 2010 @ 1:31 p.m.
PLACE SERVED        : 5305 E 18th St., Ste 209, Vancouver, Washington 98661
DOCUMENTS SERVED:   Summons in a Civil Action; Complaint

Signed this 19 day of May, 2010

_____
MICHAEL FRANK  Server #4433573
*Xpress Legal Support*, LLC

Signed and sworn to before me this 19th day of May, 2010

_____
Notary Public in and for the State of Washington,
Residing in Vancouver, Washington. My commission
Expires 11-1-2013

Total $ ~~~~~~~~~~~~~~~~~~

ANN M. SWAB
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
NOVEMBER 1, 2013

DECLARTION OF SERVICE - 1

Xpress Legal Support LLC
1701 Broadway St., #406
Vancouver, Washington 98663
(360) 721-6427